# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re:<br><br>Michael Thomas Milliman,<br><br><br>Debtor. | Chapter 7<br><br>Case No. 23-60322 (CAN) |
| "LILIY," "SARAH," "SOLOMON," "HENLY," WILLIAM L.E DUSSAULT as Guardian ad litem for "VIOLET," a minor, JANE ROE, as next of friend of "PIA," a minor, "JENNY" and "FIONA,"<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL THOMAS MILLIMAN,<br><br>Defendant. | Adv. Proc. No.: 23-06007 (CAN) |

## PLAINTIFFS' WITNESS LIST

Pursuant to the Pretrial Order and Notice of Trial (dated, 10/20/2023) (Hon. Cynthia A. Norton) Plaintiffs hereby submit their Witness List. Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiffs submit this Witness List based on the information reasonably available to Plaintiffs at this time and is made without waiving any objections as to relevance, materiality, or admissibility of the witness's testimony in the action. Plaintiffs reserve the right to revise, correct, supplement or clarify the Witness List at any time, consisted with Rule 26.

1

**Witness List:**

| Witness Name | Organization and Title | Contact Information |
|---|---|---|
| A.U.S.A. James Joseph Kelleher | United States Attorney's Office | 901 St. Louis Street, Suite 500, Springfield, MO 65806 |
| Michael Milliman | Defendant | c/o Robert E. Eggmann of Carmody MacDonald P.C., 120 South Central Avenue, Suite 1800, St. Louis, MO 63105 |
| Kathy Kincheloe | Defendant's Sister | c/o Robert E. Eggmann of Carmody MacDonald P.C., 120 South Central Avenue, Suite 1800, St. Louis, MO 63105 |
| Detective Sergeant Kacie Springer | Detective from Criminal Case: *USA v. Michael Thomas Milliman*, W.D.M.O., 19-03174-01-CR-S-MDH | Lebanon Police Department 1017 Sparta Pike Lebanon, TN 37087 Phone: (615) 444-2323 |
| Michael Costello | Computer Forensic Analyst from Criminal Case: *USA v. Michael Thomas Milliman*, W.D.M.O., 19-03174-01-CR-S-MDH | Springfield Police Department 321 E. Chestnut Expressway Springfield, MO 65802 Phone: (417) 874-2192 mcostello@springfieldmo.gov |
| Special Agent James Holdman | Lake Area Cybercrimes Task Force and the Department of Homeland Security from Criminal Case: *USA v. Michael Thomas Milliman*, W.D.M.O., 19-03174-01-CR-S-MDH | Officer Down Memorial Page PO Box 1047 Fairfax, Virginia, 22038-1047 |

| Special Agent Joshua Findley and Detective Roy Shepherd | Law Enforcement Point of Contact(s) for "Lily" | SSA Joshua Findley<br>Department of Homeland Security<br>Immigration and Customs Enforcement<br>503-326-7491<br>Joshua.s.findley@dhs.gov<br><br>And<br><br>Detective Roy Shepherd<br>Richland Police Department<br>509-554-3613<br>Roy.shepherd31@gmail.com<br>208-995-0277 |
|---|---|---|
| Detective Deborah Behymer | Law Enforcement Point of Contact for "Sarah" | Okanogan County Sheriff's Office (retired)<br>Email: debbiebehymer@yahoo.com<br>Phone Number: 509-429-0831 |
| Investigator Paul Cales | Law Enforcement Point of Contact for "Solomon" | Kentucky State Police (retired)<br>Email: paul.cales@ky.gov<br><br>Phone Number: 606-356-0307 |
| Criminal Investigator Kevin Papineau | Law Enforcement Point of Contact for "Henley" | Sacramento County District Attorney's Office<br>Email: papineauKe@sacda.org<br><br>Phone Number: 916-874-1218 |
| Special Agent Jeffrey Stetler | Law Enforcement Point of Contact for "Violet" | Federal Bureau of Investigations<br>Email: jfstetler@fbi.gov<br>Jeffrey.stetler@ic.fbi.gov<br>Phone Number: 360-239-9300 or 360-709-3372 |
| Corporal Adelle Brown | Law Enforcement Point of Contact for "Pia" | E Division Major Crime Section<br>Royal Canadian Mounted Police<br>Mailstop #209<br>14200 Green Timbers Way<br>Surrey, BC V3T 6P3<br>Phone: 778-290-3930<br>Email: ICE_BC_VI@rcmp-grc.gc.ca |
| Special Agent Daniel Ben-Meir | Law Enforcement Point of Contact for "Jenny" | Department of Homeland Security<br>Email: MeirDaniel.Ben-Meir@ice.dhs.gov<br>415-596-3762 |

3

| Special Agent Renaldo Franklin | Law Enforcement Point of Contact for "Fiona" | Department of Homeland Security Phone: 305-597-2780 Email: Renaldo.franklin@dhs.gov |
|---|---|---|

Dated: January 2, 2024

                Respectfully submitted,

                MARSH LAW FIRM PLLC
                _____*Cori J. Iacopelli*_____
                Cori J. Iacopelli, Esq., *pro hac vice*
                31 Hudson Yards, 11th Floor
                New York, NY 10001
                Telephone: (212) 372-3030
                Email: coriiacopelli@marsh.law

                BILL KENNEY LAW FIRM, LLC
                William C. Kenney, Esq.
                Mo. Bar. No. 63001
                PO Box 561
                Lee's Summit, MO 64063
                Telephone:  (816) 842-2455
                Facsimile:   (816) 474-8899
                E-mail: bkenney@billkenneylaw.com

                PACHULSKI STANG ZIEHL & JONES LLP.
                Ilan D. Scharf, Esq. *Pro Hac Vice*
                780 Third Ave., 34th Floor
                New York, NY 10017
                Telephone:  (212) 561-7700
                Facsimile:  (212) 561-7777
                E-mail: jstang@pszjlaw.com
                         ischarf@pszjlaw.com
                         kdine@pszjlaw.com

                CAROL L. HEPBURN P.S.
                Carol L. Hepburn, Esq.
                PO Box 17718
                Seattle, A 98127
                Telephone:  (206) 957-7272
                Facismile:  (206) 957-7273
                Email: carol@hepburnlaw.net

DEBORAH A. BIANCO, P.S.
Deborah A. Bianco, Esq.
14535 Bellevue-Redmond Road, Suite 201
Bellevue, WA 98007
Telephone: (425) 757-4500
Email: deb@debbiancolaw.com

MARSH LAW FIRM PLLC
Margaret E. Mabie, Esq.
31 Hudson Yards, 11th Floor
New York, NY 10001
Telephone: (212) 372-3030
Email: margaretmabie@marsh.law

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 2nd day of January, 2024, the foregoing document was served with the Court's Electronic Filing System and will be served on all registered attorneys of record.

                                                                           */s/ Cori J. Iacopelli*
                                                                           Cori J. Iacopelli