MOW 7016-1.1 (6/23)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| Michael Thomas Milliman | ) | Case No. Bankruptcy 23-60322 (CAN) |
|---|---|---|
| Debtor(s) | ) | Adv. Proc. No.: 23-06007 (CAN) |

Plaintiffs'        **EXHIBIT INDEX¹ FOR HEARING ON**        1/9/2024

| Adm. | = | Offered & Admitted w/o objection | X | = | Offered & Admitted over objection |
|---|---|---|---|---|---|
| Ex. | = | Offered, but objected to and excluded | N.O. | = | Marked but not offered |
| D.B. | = | Admitted, de bene | W.D. | = | Offered then withdrawn exhibit |
| Ltd. | = | Admitted for limited purpose | | | |

| Exhibit Number² | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | Milliman's Plea Agreement |
| 2 | | | | Criminal Judgment against Milliman |
| 3 | | | | Restitution Order against Milliman |
| 4 | | | | Amended Restitution Order against Milliman |
| 5 | | | | Plaintiffs' Proof of Claim Forms |
| 6 | | | | Government's Sentencing Memorandum |
| 7 | | | | Transcript of Plea Hearing |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Cori J. Iacopelli*
Counsel Signature

---

¹ Local Rule 7015-1.E.2 prescribes the use of this Exhibit Index form as the main document filed in CM/ECF, followed by the individual marked and redacted exhibits.

² Local Rule 7016-1.E.3 states that plaintiff/movant exhibits will be marked with numbers, and defendant/respondent exhibits will be marked with letters. **(Footnotes may be removed when signature block is added).**