# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Proceeding |
| | ) | |
| MICHAEL THOMAS MILLIMAN, | ) | Case No. 23-60322-btf7 |
| | ) | |
| Debtor. | ) | Adversary Case No. 23-06007-btf |
| | ) | |
| "LILY," *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL THOMAS MILLIMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## **SUGGESTION OF DEATH**

COMES NOW counsel for Debtor, and files this Suggestion of Death stating that the Debtor in the above-captioned case, Michael Thomas Milliman, died on or about June 11, 2024.

Dated: June 12, 2024

        Respectfully submitted,

        CARMODY MACDONALD P.C.

        By: /s/ *Robert E. Eggmann*
            ROBERT E. EGGMANN (#37374MO)
            120 S. Central Avenue, Suite 1800
            St. Louis, Missouri  63105
            (314) 854-8600
            (314) 854-8660 - FAX
            ree@carmodymacdonald.com

        ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served to all those requesting service via the CM/ECF system of the United States Bankruptcy Court for the Western District of Missouri and via U.S. Mail, postage prepaid, this 12th day of June, 2024 to all creditors and parties in interested listed on the attached Mailing Matrix.

                                                            */s/ Robert E. Eggmann*